BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>DAVID ROBINSON,<br><br>                    Defendant. | CASE NO.  1:13-CR-00124 AWI<br><br>STIPULATION TO VACATE TRIAL AND TRIAL CONFIRMATION AND SET A STATUS CONFERENCE |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

Kimberly A. Sanchez, Assistant U.S. Attorney and Charles McGill, attorney for the defendant, that the trial

confirmation set for December 23, 2013 at 10:00 am and the trial set for January 14, 2014 at 8:30 a.m.

before the Honorable Anthony W. Ishii be vacated and a status conference be set for Tuesday, January 21,

2014 at 1:00 p.m. before Judge Barbara A. McAuliffe for a status conference and/or trial setting or change of

plea setting.  The reason for the request is because defense counsel's wife, who survived a prior battle with

cancer, was diagnosed with cancer again approximately 3 weeks ago requiring defense counsel to assist in

her treatment and healthcare on a daily basis.  At this point, defense counsel's availability is uncertain.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a

continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay

occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §

1    3161(h)(7)(A).

2

3         Dated: December 19, 2013                    Respectfully submitted,

4                                                     BENJAMIN B. WAGNER
                                                      United States Attorney
5

6                                          By    /s/ Kimberly A. Sanchez
7                                                KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney
8
         Dated: December 19, 2013               /s/ Charles McGill
9                                               CHARLES McGILL
                                                Attorney for David Robinson
10

11   IT IS SO ORDERED.

12   Dated:   December 19, 2013        _____

13                                         SENIOR  DISTRICT  JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     U.S. v. Robinson Stipulation              2