**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID ROBINSON,**<br><br>          Petitioner,<br><br>       v.<br><br>**UNITED STATES OF AMERICA,**<br><br>          Respondent. | **CASE NO. 1:13-CR-0124 AWI**<br>**(Civil Case No. 1:16-CV-0876 AWI)**<br><br>**ORDER LIFTING STAY AND GRANTING PETITIONER ADDITIONAL TIME TO RESPOND TO THE DECISION IN *BECKLES*** |

    This is a petition for relief from sentence under 28 U.S.C. § 2255.

    On July 6, 2016, the Court stayed this matter until the Ninth Circuit issued opinions in resolution of *Gardner v. United States* (Appeal No. 15-72559), *Jacob v. United States* (Appeal No. 15-73302), and *United States v. Begay* (Appeal No. 14-10080).

    The issue in *Begay* concerns the constitutionality of 18 U.S.C. § 924(c). However, this petition does not concern § 924(c), instead it concerns a challenge to the constitutionality of Sentencing Guideline § 4B1.2. Therefore, *Begay* is not a sufficient basis to keep this matter stayed. *Gardner* and *Jacob* both involve challenges to Sentencing Guideline § 4B1.2. In unpublished decisions, the Ninth Circuit remanded those cases to the sentencing courts and did not address the constitutionality of § 4B1.2. Given the remands, no decision from the Ninth Circuit is reasonably forthcoming. However, on March 6, 2017, the Supreme Court issued a decision in *Beckles v. United States* (Supreme Court No. 15-8544). *Beckles* held that the advisory Sentencing Guidelines are not subject to vagueness challenges under the Due Process Clause.

Also on March 6, 2017, Petitioner's counsel sent notice to the Court regarding *Beckles*. See Doc. No. 31.  The notice requests that the Court defer ruling on the petition, and asks for 30 days in which to contact petitioner and submit an additional "filing" in light of *Beckles*.  See id.

Given the decision in *Beckles*, there is no reason to keep the stay in place.  The Court will lift the stay and give Petitioner 30 days in which to submit additional briefing/an additional filing in light of *Beckles*.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this matter, issued on July 6, 2016, is LIFTED; and
2. Within 30 days of service of this order, Petitioner shall submit additional briefing/an additional filing in light of the Supreme Court's March 6, 2017 decision in *Beckles v. United States* (Supreme Court No. 15-8544).

IT IS SO ORDERED.

Dated:   March 8, 2017

SENIOR  DISTRICT  JUDGE

2